■ YANIQUE GIBBS et al., Respondents, v BLACK & DECKER (U.S.), INC., Appellant, et al., Defendant. [752 NYS2d 877] —Order, Supreme Court, Bronx County (Jerry Crispino, J.), entered April 19, 2002, and order (same court and Justice), entered on or about July 1, 2002, unanimously affirmed for the reasons stated by Crispino, J., without costs or disbursements. No opinion. Concur—Nardelli, J.P., Andrias, Saxe, Ellerin and Lerner, JJ.

■ In the Matter of ATTORNEYS IN VIOLATION OF JUDICIARY LAW § 468-A. LAURA A. SILVERSTEIN, Admitted on September 24, 1990, at a Term of the Appellate Division, First Department. [756 NYS2d 421] —Respondent reinstated as an attorney and counselor-at-law in the State of New York, effective the date hereof. No opinion. Concur—Nardelli, J.P., Mazzarelli, Saxe, Ellerin and Williams, JJ. [*See* 257 AD2d 127.]

■ In the Matter of EPHRAIM Z. FRENKEL (Admitted as EPHRAIM ZWI FRENKEL), a Disbarred Attorney. [756 NYS2d 422] —Petition for reinstatement granted only to the extent of referring this matter to the Disciplinary Committee to designate a hearing panel to conduct a hearing, as indicated. Concur—Nardelli, J.P., Tom, Mazzarelli, Sullivan and Rosenberger, JJ.

■ In the Matter of RICHARD K. KIM (Admitted as RICHARD DWANG-HO KIM), a Disbarred Attorney. [756 NYS2d 422] —Petition for reinstatement granted only to the extent of referring this matter to the Disciplinary Committee to designate a hearing panel to conduct a hearing, as indicated. Concur—Tom, J.P., Sullivan, Rosenberger, Ellerin and Williams, JJ.